

# In the Missouri Court of Appeals
# Eastern District

DECEMBER 16, 2014

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b) OR RULE 30.25(b).

1.  ED100304 STATE OF MISSOURI, RES V RICHARD A. WILLIAMS, APP

2.  ED100425 ROBERT E. MORGAN, APP V. STATE OF MISSOURI, RES

3.  ED100578 STATE OF MISSOURI, RES V MICHAEL D. RICE, APP

4.  ED100591 WISE & SCOTT, APP V. LEE REYNOLDS, ET AL, RES

5.  ED100848 WILLIAM E. TAYLOR, APP V. STATE OF MISSOURI, RES

6.  ED101064 STATE OF MISSOURI, RES V FLETCHER PRYOR, APP

7.  ED101196 WILLIAM JOHNSON, APP V STATE OF MISSOURI, RES

8.  ED101202 WILLIAM BERGMAN ETAL, RES V W. FISHBACK ETAL, APP

9.  ED101227 UNIFUND CCR LLC, RES V RICKEY SANTIAGO, APP

10. ED101281 SHARON HOPMANN, RES V REALTY EXCHANGE INC, DFT

11. ED101608   LARRY B. DIETZ, APP V STATE OF MISSOURI, RES

12. ED101735 SAMUEL TAYLOR, APP V DORRAIN JOHNSON ET AL, RES.